IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. – JFM-10-054 |
| | * | |
| DOMINICK WEDLOCK | * | |

******

## MEMORANDUM

Deborah L. Boardman, counsel for the defendant, has written a letter to this court dated December 23, 2010, in which she requests that I make sure that the record accurately reflects the reasons for the sentence I imposed upon her client in light of the fact that the Government may appeal that sentence.

In her letter Ms. Boardman accurately sets forth the reasons for the sentence I imposed. First, Mr. Wedlock is 23 years old. Second, although defendant has already compiled an extensive criminal record, that record reflects essentially that he has been a street level narcotics dealer since he was a child. Third, I find that the career offender status calculated by the Probation Officer, although technically correct, substantially overstates the seriousness of defendant's criminal history. Fourth, the instant offense was non-violent in nature. Fifth, defendant had a very difficult upbringing and vocational training while in federal custody may enable him to live a productive and law abiding life in the future.

Against this background it is clear to me that the 151-188 month Sentencing Guideline range to which the defendant would have been subject as a career offender is far too great. At the same time, I believe that the sentence within the Guideline range of 30-37 months, based

1

upon the offense level and criminal history category that would apply in the event that the defendant were not deemed to be a career offender, requested by his counsel is too low. Therefore, taking into account defendant's background, the nature of the offense, the need for general deterrence, the need to protect the public from defendant's unlawful behavior, the need for defendant to receive vocational training, and the interest of justice all dictate that he receive a substantial sentence but one less than that called for by the Sentencing Guidelines for a career offender. It is for these reasons I imposed the 66 month sentence that I did.

Date: May 13, 2011

J. Frederick Motz
United States District Judge